```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   EASTERN DIVISION
```

UNITED STATES OF AMERICA

VS.                              CRIMINAL ACTION NO. 4:99CR22TSL-JSC

GABRIEL GERVASE HAIRSTON

## ORDER

It is hereby ordered that defendant's August 25, 2008 filing, currently docketed as "Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense," be redocketed to reflect that it is a motion brought pursuant to 28 U.S.C. § 2255.

SO ORDERED this the _3rd day of November, 2008.


                              /s/ Tom S. Lee
                              UNITED STATES DISTRICT JUDGE