IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                CRIMINAL NO. 4:99CR22TSL-JSC
                                   CIVIL ACTION NO. 4:08CV121TSL-JCS

GABRIEL GERVASE HAIRSTON

## JUDGMENT

Pursuant to the order entered this day, it is hereby ORDERED AND ADJUDGED that Hairston's motion to vacate under § 2255 is dismissed with prejudice.

SO ORDERED this the _8th_ day of December, 2008.


_/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE